UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brandon Lee Cotton**                                           Docket No. 5:18-CR-399-1D

### Petition for Action on Supervised Release

COMES NOW Jason D. Cole, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Lee Cotton, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 28, 2019, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Brandon Lee Cotton was released from custody on November 25, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 30, 2022, the defendant submitted a urine specimen to the U.S. Probation Office which tested positive for marijuana and cocaine use. Cotton admitted to drug use on November 27, 2022, and signed an admission of use form. Laboratory testing confirmed a positive result for marijuana. The defendant has agreed to participate in substance abuse treatment as directed by the probation officer, and he signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Jason D. Cole<br>Jason D. Cole<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2348<br>Executed On: December 9, 2022 |

Brandon Lee Cotton
Docket No. 5:18-CR-399-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __December__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge